**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**I F G PORT HOLDINGS L L C**                  :    **CIVIL ACTION NO. 2:24-cv-01288**


**VERSUS**                                                          :    **JUDGE JAMES D. CAIN, JR.**


**TODD & SARGENT INC. ET AL**              :    **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

Before the Court is a Report and Recommendation [doc. 47] of the Magistrate Judge, recommending that the Motion to Remand [doc. 26] filed by plaintiff be granted.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 26] be **GRANTED** and the instant case be **REMANDED** to the 14th Judicial District Court.

**THUS DONE AND SIGNED** in Chambers on this 29th day of April, 2026.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**